UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:09-CV-066-H

GLEN BEARD                                          PETITIONER

v.

JOHN MOTLEY, WARDEN                        RESPONDENT

### ORDER

This matter is before the Court on the *pro se* Petitioner, Glen Beard's response to a show cause order because he has filed this habeas petition, under 28 U.S.C. § 2254, outside the limitation period. For reasons set forth in a Memorandum Opinion entered this date,

**IT IS HEREBY ORDERED** that the petition of Glen Beard is **DISMISSED** with prejudice for failure to file within the statute of limitations, 28 U.S.C. § 2244(d).

**IT IS FURTHER ORDERED** that all other pending motions are **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

This is a final order with no just reason for delay in its entry.

The Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal of this action would not be taken in good faith.

DATED:

cc:      Petitioner, *pro se*
         Respondent
         Attorney General, Commonwealth of Kentucky, Office of Criminal Appeals,
            1024 Capital Center Drive, Frankfort, KY 40601

4412.007